# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZARANABEN S. PATEL,** *Individually and as Administratrix of the Estate of Shaileshkumar H. Patel, deceased,* : : : : | |
| Plaintiff : | CIVIL ACTION NO. 3:14-1439 |
| v : | |
| : | (JUDGE MANNION) |
| **KENSOL-FRANKLIN, INC., et al.,** : | |
| Defendants | |

## ORDER

For the reasons stated in the Memorandum entered this day in the above captioned case, the Plaintiff's motion to Quash, (Doc 45), is **GRANTED.**

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: September 11, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1439-01-Order.wpd