# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ZARANABEN S. PATEL,** *Individually and as Administratrix of the Estate of Shaileshkumar H. Patel, deceased,* | : <br> : **CIVIL ACTION NO. 3:14-1439** <br> : **(JUDGE MANNION)** |
| **Plaintiff** | : |
| v | : |
| **KENSOL-FRANKLIN, INC., et al.,** | : |
| **Defendants** | : |

## O R D E R

Based on the foregoing memorandum issued this day, the plaintiff's request for all documents in Letica's investigation report is **GRANTED IN PART** and Letica is directed to produce for the parties all the photographs contained within its report **on or before April 8, 2016**. Plaintiff's request for all other documents in Letica's investigation report is **DENIED**.

Additionally and as a follow up to the court's March 4, 2016 order (Doc. 71), **on or before April 8, 2016,** counsel are to submit to the court a joint proposed amended case management order, addressing reasonable extensions of the remaining deadlines.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 22, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1439-02-ORDER.wpd